JOHN PAPPAS, Respondent, *v.* NEW YORK CONTRACTING COMPANY — PENNSYLVANIA TERMINAL, Appellant.

*Pappas* v. *N. Y. Contracting Co.—Penn. Terminal*, 146 App. Div. 951, affirmed.

(Argued November 24, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action for trespass.

*John Conway Toole* and *James A. Deering* for appellant.

*George H. Taylor, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BART-LETT, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.